Judge Patricia A. Gaughan,

    My name is Jennifer Jean Ebert. I am writing to you today to request that my probation be terminated on the grounds that I have fully cooperated with the courts, us Pretrial services and probation. My probation officer is Ms. Sharon worlds 330.283.9743. My court costs and restitution are paid in full and my probation is in full compliance. I have remained out of trouble and continue to do so in the future. I hold a full time job working 50-80 hours per week. I have bettered myself and an very grateful to have learned from this experience. Thank you for your time.

Sincerely,

Jennifer Jean Ebert

803-634-6402